IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-M-1818

STEVEN G. KISER,

                Plaintiff,

v.

GORDON HARDENBERGH, M.D., et al.,

                Defendants.

## Minute Order Entered by Senior District Judge Richard P. Matsch:

s/M. Virginia Wentz
      Secretary


      On June 21, 2005, Defendants Vail Clinic, Inc., and Vail Valley Medical Center Foundation filed a "Motion to Join Second Supplemental Rule 26(a)(1) Disclosures of Defendants Gordon Hardenbergh, M..D., and Vail Valley Emergency Physicians, P.C."  The filing is deemed to be a notice of the position of the defendants and not a motion requiring a court order.


Dated:  June 22, 2005