IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-M-1818

STEPHEN G. KISER,

        Plaintiff,

v.

GORDON HARDENBERGH, M.D.,
VAIL VALLEY EMERGENCY PHYSICIANS, P.C.,
VAIL CLINIC, INC., and
VAIL VALLEY MEDICAL CENTER FOUNDATION,

        Defendants.

---

ORDER TO AMEND CAPTION

---

    Pursuant to Plaintiff's Unopposed Motion to Amend Caption, filed on September 9, 2005, it is

    ORDERED that the caption is amended to accurately reflect the spelling of plaintiff's first name as "Stephen."

    Dated: September 12, 2005

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior District Judge