IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-01818-RPM-PAC

STEVEN G. KISER

       Plaintiff,

v.

GORDON HARDENBERGH, M.D.;
VAIL VALLEY EMERGENCY PHYSICIANS, P.C.;
VAIL CLINIC, INC., a Texas non-profit corporation;
VAIL VALLEY MEDICAL CENTER FOUNDATION, a Colorado non-profit corporation

       Defendants.

**ORDER RE: UNOPPOSED MOTION OF DEFENDANTS HARDENBERGH AND V.V.E.P. TO AMEND THEIR ANSWER AND JURY DEMAND**

The Court having considered the unopposed motion of Defendants Gordon Hardenbergh, M.D. and Vail Valley Emergency Physicians, P.C. (the "Defendants") to allow them to amend their Answer and Jury Demand (hereafter referred to as "the Motion") and any response or reply thereto, finds that justice requires that the proposed amendments to the Defendants' Answer and Jury Demand be allowed.

Accordingly, the Court **DOES HEREBY GRANT** the Defendants' Motion and allows

1

them to amend their Answer and Jury Demand. The Clerk of the Court is additionally Ordered to accept the proposed Amended Answer and Jury Demand into the Court's file on this matter as the new, amended responsive pleading of Dr. Hardenbergh and Vail Valley Emergency Physicians, P.C..

Dated this _14_ day of _October_, 2005.

BY THE COURT:

_____
Richard P. Match, Senior District Judge

2