IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-M-1818 (PAC)

STEVEN G. KISER

    Plaintiff,

v.

GORDON HARDENBERGH, M.D.;
VAIL VALLEY EMERGENCY PHYSICIANS, P.C.;
VAIL CLINIC, INC., a Texas Non-profit corporation; and
VAIL VALLEY MEDICAL CENTER FOUNDATION, a Colorado non-profit corporation

    Defendants.

## ~~PROPOSED~~ ORDER RE: DEFENDANTS VAIL CLINIC, INC. AND VAIL VALLEY MEDICAL CENTER FOUNDATION'S UNOPPOSED MOTION TO AMEND THEIR AMENDED ANSWER TO PLAINTIFF'S COMPLAINT

The Court, having considered Defendants Vail Clinic, Inc. and Vail Valley Medical Center Foundation's Unopposed Motion to Amend Their Amended Answer to Plaintiff's Complaint, and any response or reply thereto, finds that the interests of justice require that leave be given for these Defendants to amend their Amended Answer to Plaintiff's Complaint.

Thus, this Court does hereby **GRANT** the Defendants' motion and shall allow these Defendants to amend their Amended Answer to Plaintiff's Complaint to remove the affirmative defense of subject matter jurisdiction and add, as an affirmative defense, that the Plaintiff may not be the real party in interest with regard to some or all of Plaintiff's claims. The Clerk of Court shall also accept the proposed Second Amended Answer to Plaintiff's Complaint into the Court's file on this matter.

Done this 12th day of October, 2005

BY THE COURT:

*[signature]*

Richard P. Matsch, Senior District Judge