IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-01818-RPM

STEPHEN G. KISER,

        Plaintiff,

v.

GORDON HARDENBERGH, M.D.,
VAIL VALLEY EMERGENCY PHYSICIANS, P.C.,
VAIL CLINIC, INC., and
VAIL VALLEY MEDICAL CENTER FOUNDATION,

        Defendants.

## ORDER MODIFYING SCHEDULING ORDER

Upon consideration of Plaintiff's Unopposed Motion for Modification to Scheduling Order (Doc. #49), filed on December 1, 2005, it is

ORDERED that the motion is granted and plaintiff is granted an extension of time to and including March 2, 2006, within which to respond to any dispositive motions.

Dated: December 2, 2005

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              _____
                                              Richard P. Matsch, Senior District Judge