Case 1:04-cv-01818-RPM   Document 58-2   Filed 12/16/2005   Page 1 of 2

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 19 2005

GREGORY C. LANGHAM
CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-01818-RPM-PAC

STEVEN G. KISER

      Plaintiff,

v.

GORDON HARDENBERGH, M.D.;
VAIL VALLEY EMERGENCY PHYSICIANS, P.C.;
VAIL CLINIC, INC., a Texas non-profit corporation;
VAIL VALLEY MEDICAL CENTER FOUNDATION, a Colorado non-profit corporation

      Defendants.

---

### ORDER RE: STIPULATED MOTION TO MODIFY CASE MANAGEMENT ORDER
### WITH RESPECT TO PLAINTIFF'S ENDORSED, NON-RETAINED EXPERTS

---

The Court having considered the stipulated motion of the parties in the above-captioned

matter (hereafter referred to as "the Motion.") finds as follows:

(1)     The Plaintiff has identified twenty five (25) witnesses as non-retained experts

under F.R.C.P. 26(a)(2).  By an agreement with the Defendants, the Plaintiff has

identified eight (8) of those witnesses as ones he is most likely to call at trial (referred to

1

hereafter as "will call" witnesses);

(2)      The parties agree that any witness who will be called at trial needs to be deposed prior to trial;

(3)      The Defendants expert endorsements are due on December 16, 2005.  The Plaintiff may have to amend the aforementioned list of "will call" witnesses in response to those disclosures.  In such an event, the parties will have one month or less to make arrangements to depose those newly designated "will call" witnesses.  Scheduling those depositions is expected to be complicated by the holidays.

(4)      Good cause exists to extend the time period within which discovery may be completed in the event that the Plaintiff find it necessary to change his list of "will call" non-retained expert witnesses.

Accordingly, the Court **DOES HEREBY GRANT** the Stipulated Motion, and Orders that ¶6(b) of the Scheduling Order (Revised) be amended to allow the parties to engage in discovery up to January 31, 2006, but also for an thirty (30) additional days beginning if, and when, the Plaintiff gives this Court and all other parties that he is modifying his list of "will call" non-retained expert witnesses.

Dated this _19_ day of _December_ , 200_5_.

BY THE COURT:

_____

Richard P. Matsch, Senior District Judge

2