IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-01818-RPM

STEPHEN G. KISER,

        Plaintiff,

v.

GORDON HARDENBERGH, M.D.,
VAIL VALLEY EMERGENCY PHYSICIANS, P.C.,
VAIL CLINIC, INC., and
VAIL VALLEY MEDICAL CENTER FOUNDATION,

        Defendants.

---

ORDER SETTING PRETRIAL CONFERENCE

---

      ORDERED that a Pretrial Conference is scheduled for **July 6, 2006, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.

      The original and one copy of the proposed Final Pretrial Order shall be delivered in paper form directly to chambers by **June 29, 2006**.

      Dated: June 13th, 2006

                                BY THE COURT:

                                s/ Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge