IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-01818-RPM

STEPHEN G. KISER,

        Plaintiff,

v.

GORDON HARDENBERGH, M.D.,
VAIL VALLEY EMERGENCY PHYSICIANS, P.C.,
VAIL CLINIC, INC., and
VAIL VALLEY MEDICAL CENTER FOUNDATION,

        Defendants.

---

ORDER SETTING TRIAL TO JURY

---

Pursuant to the pretrial conference convened on July 6, 2006, it is

ORDERED that this matter is set for trial to jury on **February 26, 2007, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

Dated: July 10, 2006

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge