IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-01818-RPM

STEPHEN G. KISER,

        Plaintiff,

v.

GORDON HARDENBERGH, M.D.,
VAIL VALLEY EMERGENCY PHYSICIANS, P.C.,
VAIL CLINIC, INC., and
VAIL VALLEY MEDICAL CENTER FOUNDATION,

        Defendants.

---

ORDER DIRECTING FURTHER RESPONSE TO DEFENDANTS' MOTION TO BAR RECOVERY OF DAMAGES COVERED BY COLLATERAL SOURCES

---

At the pretrial conference held in this matter on July 6, 2006, there was discussion regarding Colorado law on collateral source payments and the Court ordered that the defendants shall have ten days to file a brief regarding the collateral source issue.  The defendants Gordon Hardenbergh, M.D., and Vail Valley Emergency Physicians, P.C., filed their brief on July 17, 2006, in the form of a motion to bar recovery of damages paid for by collateral sources and the defendants Vail Clinic, Inc., and Vail Valley Medical Center joined in that pleading on July 18, 2006.  The plaintiff filed a response on August 7, 2006, indicating that because the Court said that it would not entertain motions in limine, the pleading was premature and that the plaintiff had not determined what damages would be sought.  The defendants replied on August 22, 2006, pointing out that the motion was filed as a result of the Court's direction at the

pretrial conference.

While the amount of damages to be sought for some of the elements of damage are appropriately reserved until trial, the payments made as specific payments for medical treatment, out-of-pocket expenses and other elements of damages that are already quantified should be identified now and the issues of whether those are recoverable under Colorado's collateral source law should be determined in advance of trial.  It is therefore

ORDERED that the plaintiff will file a further response to the defendants' motion and set forth with specificity what damages that may be subject to the collateral source law are being claimed in this case and why such damages are recoverable if they were not paid by the plaintiff, which filing shall be made on or before September 20, 2006.

Dated:  August 23, 2006

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge