IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-01818-RPM

STEPHEN G. KISER,

        Plaintiff,

v.

GORDON HARDENBERGH, M.D.,
VAIL VALLEY EMERGENCY PHYSICIANS, P.C.,
VAIL CLINIC, INC., and
VAIL VALLEY MEDICAL CENTER FOUNDATION,

        Defendants.

---

ORDER ON DEFENDANTS' MOTION TO BAR DAMAGES PAID BY COLLATERAL SOURCES

---

On July 17, 2006, Defendants Gordon Hardenbergh and Vail Valley Emergency Physicians, P.C., filed a motion to bar plaintiff's recovery of claimed damages paid for by collateral sources and the other defendants joined the motion on July 18, 2006.  The plaintiff has responded and the issue has been briefed.  Upon review of Colorado law on this issue, the Court concludes that the motion should be denied as premature. Under C.R.S. § 13-21-111.6, the Court shall reduce the amount of a verdict awarding damages for those amounts for which the plaintiff has been wholly or partially indemnified or compensated for his loss by other persons or entities where the benefit was not paid as a result of a contract entered into and paid for by or on behalf of the plaintiff.  In this case there are both legal and factual questions regarding payments made by the plaintiff's father and Golden Rule Insurance.  Those issues will be ripe

only if a verdict for damages is returned and the proof at the jury trial for damages will include all medical expenses incurred and to be incurred in the future as a result of the defendants' conduct.  The issue therefore need not be resolved before trial and a hearing will be necessary after trial in the event of a plaintiff's verdict.  Accordingly, it is

ORDERED that the defendants' motions (Doc. #96 and #97) are denied as premature.

Dated: November 7th , 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge