# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01818-RPM-PAC

STEPHEN G. KISER

    Plaintiff,

v.

GORDON HARDENBERGH, M.D.;
VAIL VALLEY EMERGENCY PHYSICIANS, P.C.;
VAIL CLINIC, INC., a Texas non-profit corporation;
VAIL VALLEY MEDICAL CENTER FOUNDATION, a Colorado non-profit corporation

    Defendants.

## ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE

**THIS MATTER** came before the Court upon the Parties' Stipulation to Dismiss the Plaintiff's Claims with Prejudice. Having reviewed the stipulation, and being fully informed in the premises,

**DOES HEREBY ORDER** that this action and all claims therein are dismissed with prejudice. The parties shall bear their own costs and attorneys fees.

Dated this 1st day of March, 2007.

    BY THE COURT:

    s/Richard P. Matsch
    _____
    Richard Matsch,
    Senior United States District Court Judge